CJR/DEH USAO# 2018R00657

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 OCT -1  PM 12: 40

CLERK'S OFFICE
AT BALTIMORE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
| | * | |
| v. | * | Criminal No. ~~GLB-18-cr~~ GLR-18-cr-0502 |
| | * | |
| **MICAH RASKIN,** | * | (Conspiracy to Distribute and |
| | * | Possess with Intent to Distribute |
| Defendant | * | Marijuana, 21 U.S.C. 846) |
| | * | |

*******

**INFORMATION**

The United States Attorney for the District of Maryland charges:

**COUNT 1**
**(Conspiracy to Distribute and Possess with Intent to Distribute Marijuana)**

From at the latest January 2018 through in or about February 2018, in the District of Maryland and elsewhere,

**MICAH RASKIN,**

the defendant herein, did knowingly, willfully, and unlawfully combine, conspire, confederate and agree with others known and unknown to knowingly and intentionally distribute and possess with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846.

_Robert K. Hur_/DEH
Robert K. Hur
United States Attorney

10-1-18
Date